This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Lora L Molden, Richard J Molden v. Ruslan Mykhaylyuk, All In Express Trucking, Inc.

| | |
|---|---|
| Case Number | 45C01-2207-CT-000682 |
| Court | Lake Circuit Court |
| Type | CT - Civil Tort |
| Filed | 07/13/2022 |
| Status | 07/13/2022 , Pending  (active) |

## Parties to the Case

**Defendant**  Mykhaylyuk, Ruslan

   Address            8444 W. Wilson Avenue, Unit 201
                       Chicago, IL 60658

**Defendant**  All In Express Trucking, Inc.

   Address            2530 IL Route 176 Unit 3
                       Crystal Lake, IL 60014

   Attorney          James Milstone
                       *#1046002, Retained*

                       550 Congressional BLVD
                       STE 310
                       Carmel, IN 46032
                       317-818-1360(W)

**Plaintiff**     Molden, Lora L

   Attorney          Jeffrey Scott Wrage
                       *#1826264, Retained*

                       56 S Washington ST
                       STE 401
                       Valparaiso, IN 46383
                       219-464-1041(W)

**Plaintiff**     Molden, Richard J

   Attorney          Jeffrey Scott Wrage
                       *#1826264, Retained*

                       56 S Washington ST
                       STE 401
                       Valparaiso, IN 46383
                       219-464-1041(W)

## Chronological Case Summary

07/13/2022   **Case Opened as a New Filing**

EXHIBIT "A"

| 07/14/2022 | **Appearance Filed** | |
|---|---|---|
| | E-Filing Appearance by Jeffrey S. Wrage | |
| | For Party: | Molden, Lora L |
| | For Party: | Molden, Richard J |
| | File Stamp: | 07/13/2022 |

| 07/14/2022 | **Complaint/Equivalent Pleading Filed** | |
|---|---|---|
| | Complaint and Jury Demand | |
| | Filed By: | Molden, Lora L |
| | Filed By: | Molden, Richard J |
| | File Stamp: | 07/13/2022 |

| 07/14/2022 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons to Ruslan Mykhaylyuk | |
| | Filed By: | Molden, Lora L |
| | Filed By: | Molden, Richard J |
| | File Stamp: | 07/13/2022 |

| 07/14/2022 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons to All In Express Trucking, Inc. | |
| | Filed By: | Molden, Lora L |
| | Filed By: | Molden, Richard J |
| | File Stamp: | 07/13/2022 |

| 08/29/2022 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Alias Summons to All In Express Trucking, Inc. | |
| | Filed By: | Molden, Lora L |
| | Filed By: | Molden, Richard J |
| | File Stamp: | 08/29/2022 |

| 09/02/2022 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Second Alias Summons to All In Express & Trucking, Inc. | |
| | Filed By: | Molden, Lora L |
| | Filed By: | Molden, Richard J |
| | File Stamp: | 09/01/2022 |

| 09/08/2022 | **Certificate of Issuance of Summons** | |
|---|---|---|
| | Certificate of Issuance of Summons | |
| | Filed By: | Molden, Lora L |
| | Filed By: | Molden, Richard J |
| | File Stamp: | 09/08/2022 |

| 09/09/2022 | **Appearance Filed** | |
|---|---|---|
| | Appearance | |
| | For Party: | Mykhaylyuk, Ruslan |
| | For Party: | All In Express Trucking, Inc. |
| | File Stamp: | 09/09/2022 |

| 09/09/2022 | **Motion Filed** | |
|---|---|---|
| | Motion for EOT Answer | |
| | Filed By: | Mykhaylyuk, Ruslan |
| | Filed By: | All In Express Trucking, Inc. |
| | File Stamp: | 09/09/2022 |

| 09/13/2022 | **Service Returned Served (E-Filing)** |
|---|---|
| | Return of Service of Summons - All In Express |

| | Filed By: | Molden, Lora L |
|---|---|---|
| | Filed By: | Molden, Richard J |
| | File Stamp: | 09/13/2022 |

| 09/14/2022 | **Order Granting Motion for Enlargement of Time** |
|---|---|

| | Judicial Officer: | McDermott, Marissa |
|---|---|---|
| | Order Signed: | 09/14/2022 |

| 09/15/2022 | **Automated Paper Notice Issued to Parties** |
|---|---|
| | Order Granting Motion for Enlargement of Time ---- 9/14/2022 : Ruslan Mykhaylyuk |

| 09/15/2022 | **Automated ENotice Issued to Parties** |
|---|---|
| | Order Granting Motion for Enlargement of Time ---- 9/14/2022 : James Milstone;Jeffrey Scott Wrage |

| 09/21/2022 | **Appearance Filed** |
|---|---|
| | Appearance |

| | For Party: | Mykhaylyuk, Ruslan |
|---|---|---|
| | For Party: | All In Express Trucking, Inc. |
| | File Stamp: | 09/21/2022 |

## Financial Information

**\*** Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Molden, Lora L**

Plaintiff

Balance Due (as of 10/03/2022)

**0.00**

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 07/14/2022 | Transaction Assessment | 157.00 |
| 07/14/2022 | Electronic Payment | (157.00) |

| This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record. |
|---|

45C01-2207-CT-000682

Filed: 7/13/2022 3:22 PM
Clerk
Lake County, Indiana

USDC IN/ND case 2:22-cv-00290-PPS-JPK   document 1-2   filed 10/05/22   page 4 of 26
Lake Circuit Court

**STATE OF INDIANA**      )           **IN THE LAKE SUPERIOR COURT**
                  ) SS:
**COUNTY OF LAKE**       )           Case Number:_____

                                    (*To be supplied by Clerk when case is filed*)

## <u>E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE</u>

**This Appearance Form must be filed on behalf of every party in a civil case**.

     1.   The party on whose behalf this form is being filed is:

         Initiating __X___ Responding _____ Intervening _____; and
         the undersigned attorney and all attorneys listed on this form now appear in this
         case for the following parties:

         Name of party _____Lora L. Molden and Richard J. Molden_____

         Address of *party (see Question #5 below if this case involves a protection from abuse order,*
         *a workplace violence restraining order, or a no-contact order)*

         _____

         _____

         Telephone # of party _____

*(List on a continuation page additional parties this attorney represents in this case)*

     2.   Attorney information for service as required by Trial Rule 5(B)(2)

         Name:_Jeffrey S. Wrage_____ Atty. Number: _18262-64_____

         Address: ___Blachly, Tabor, Bozik & Hartman, LLC_____

         ____56 Washington Street, Suite 401, Valparaiso, Indiana 46383_____

         Phone:___(219) 464-1041_____

         FAX:___(219) 464-0927_____

         Email Address: ____jswrage@btbhlaw.com_____

**IMPORTANT**:  Each attorney specified on this appearance:

     (a)   certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of
         Attorneys is current and accurate as of the date of this Appearance:

     (b)   **acknowledges that all orders, opinions, and notices from the court in this matter that**
         **are served under Trial Rule 86(G) will be sent to the attorney at the email address(es)**
         **specified by the attorney on the Roll of Attorneys regardless of the contact information**
         **listed above for the attorney**: and

     (c)   understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact
         information current and accurate, see Ind. Admis. Disc. R.2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal
at http://portal.courts.in.gov.

     3.   This is a ___CT_____Case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues.  Yes _____ No ___X_____(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information **on light green paper**.  Use Form *TCM-TR3.1-4.)*

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order.  Yes _____No ___X_____ (If yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner).  The party shall use the following address for purposes of legal service:

   _____  Attorney's address

   _____  The  Attorney General Confidentiality program address (contact the Attorney General at 1-800-321-1907 or e-mail address is confidential@atg.in.gov)._____

   _____  Another address (provide)

_____

This case involves a petition for involuntary commitment.  Yes _____No ___X_____

6. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

   a.  Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:  _____

   b.  State of Residence of the person subject to petition: _____

   c.  At least one of the following pieces of identifying information:

   (i)  Date of Birth _____

   (ii)  Driver's License Number _____

   State where issued _____Expiration date _____

   (iii) State ID number _____

   State where issued _____ Expiration date _____

   (iv) FBI number _____

   (v)  Indiana Department of Corrections Number _____

   (vi) Social Security Number is available and is being provided in an attached confidential document Yes _____ No _____

7. There are related cases:  Yes _____ No ___X_____ (If yes, list on continuation page).
8. Additional information required by local rule: _____
9. There are other party members:  Yes _____ No _____X_____ (If yes, list on continuation page).
10. This form has been served on all other parties and Certificate of Service is attached:  Yes _____ No _____

   __/s/ Jeffrey S. Wrage_____
   Attorney-at-Law
   (Attorney information shown above)

**45C01-2207-CT-000682**
Lake Circuit Court

Filed: 7/13/2022 3:22 PM
Clerk
Lake County, Indiana

USDC IN/ND case 2:22-cv-00290-PPS-JPK   document 1-2   filed 10/05/22   page 6 of 26

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | SITTING AT CROWN POINT, INDIANA |

LORA L. MOLDEN, and        )    CAUSE NO._____
RICHARD J. MOLDEN.        )
              Plaintiffs,   )
                      )
v.                        )
                      )
RUSLAN MYKHAYLYUK, and   )
ALL IN EXPRESS TRUCKING, INC., )
            Defendants. )

## <u>COMPLAINT and JURY DEMAND</u>

Plaintiffs, Lora L. Molden and Richard J. Molden, by counsel, Jeffrey S. Wrage of Blachly, Tabor, Bozik & Hartman, LLC, for cause of action against Defendants, states the following:

1.     On April 22, 2021, Plaintiff Lora L. Molden operated a motor vehicle which was traveling northbound in the outside lane of Calumet Avenue, near Community Park Drive, in Munster, Lake County, Indiana.

2.     On April 22, 2021, Plaintiff Richard J. Molden was a passenger in the motor vehicle being driven by Plaintiff Lora L. Molden.

3.     On April 22, 2021, Defendant Ruslan Mykhaylyuk was operating a motor vehicle in the northbound inside lane of Calumet Avenue, Munster, Lake County, Indiana, and did so in a negligent manner causing a collision between the parties' vehicles.  As a direct result of Defendant's negligence, Plaintiffs Lora L. Molden and Richard J. Molden sustained permanent injuries, along with damage to their automobile.

4.      That at all times pertinent this case, said Defendant Ruslan Mykhaylyuk was an employee and/or agent of Defendant All In Express Trucking, Inc., and operating a motor vehicle within the scope of his employment and/or agency with Defendant All In Express Trucking.

5.      Defendant Ruslan Mykhaylyuk's negligence includes, but is not necessarily limited to the following:

     a.      Defendant failed to keep a proper lookout;

     b.      Defendant filed to be attentive to the motor vehicles around him, including the motor vehicle being driven by Plaintiff;

     c.      Defendant failed to keep proper control of the motor vehicle that he was operating; and

     d.      Defendant failed to see the Plaintiff's vehicle on the right side next to his vehicle before colliding with Plaintiff's vehicle causing his vehicle to collide with the left side of the vehicle which Plaintiff was operating.

5.      Plaintiffs Lora L. Molden and Richard J. Molden received injuries, some of which are temporary in nature and some of which are permanent, and incurred expenses for various health care providers on account of the injuries sustained by virtue of the negligence of Defendant Ruslan Mykhaylyuk.

6.      Plaintiffs Lora L. Molden and Richard J. Molden have been deprived of the opportunity and ability of enjoying life free of pain and permanent injury, and have therefore been denied, to a substantial extent, the pleasure of being alive, all as the result of the defendants, who negligently caused the injuries sustained by the Plaintiffs.

7.      Plaintiffs Lora L. Molden and Richard J. Molden's vehicle was totaled and has burdened Plaintiffs with extensive damage that will make it difficult to repair and/or replace their vehicle.

**WHEREFORE,** Plaintiffs, Lora L. Molden and Richard J. Molden, by counsel, pray for money damages in an amount that will adequately compensate Plaintiffs for their damages, for the costs of this action; and for all other relief as this Honorable Court deems appropriate and necessary.

Respectfully submitted,

Attorney for Plaintiffs

By:____/s/ Jeffrey S. Wrage_____
      Jeffrey S. Wrage
      Indiana No. 18262-64
      BLACHLY, TABOR, BOZIK & HARTMAN. LLC
      56 Washington Street, Suite. 401
      Valparaiso, IN 46383
      Tel:  (219) 464-1041
      Fax: (219) 464-0927
      E-mail: jswrage@btbhlaw.com

## JURY DEMAND

Plaintiffs, Lora L. Molden and Richard J. Molden, by counsel, Jeffrey S. Wrage of Blachly, Tabor, Bozik & Hartman, LLC, request trial by jury on all matters herein.

Respectfully submitted,
Attorney for Plaintiffs

By:____/s/ Jeffrey S. Wrage_____
      Jeffrey S. Wrage
      Indiana No. 18262-64
      BLACHLY, TABOR, BOZIK & HARTMAN. LLC
      56 Washington Street, Suite. 401
      Valparaiso, IN 46383
      Tel:  (219) 464-1041
      Fax: (219) 464-0927
      E-mail: jswrage@btbhlaw.com

**CIRCUIT- SUPERIOR COURT FOR THE COUNTY OF LAKE**
**STATE OF INDIANA**

LORA L. MOLDEN and ........................

RICHARD J. MOLDEN .........................
              Plaintiffs

          vs.

RUSLAN MYKHAYLYUK, and ...............

ALL IN EXPRESS TRUCKING, INC. .......

.................................................................

.................................................................

.................................................................
              Defendants

**Lake Circuit/Superior Court**
**2293 North Main Street**
**Crown Point, Indiana 46307**
**219/755-3460**

No. ...................................................................

SHERIFF'S RETURN OF SERVICE

DATE: ...................... TIME: ....................

L/W: ...............................................................

L/D: ............................... R/L: .......................

OFFICER: ......................................................

# SUMMONS

The State of Indiana to Defendant          ............ Ruslan Mykhaylyuk. ...............................................

                                            ............ 8444 W. Wilson Avenue, Unit 201 .............................

                                            ............ Chicago, Illinois  60658 ...........................................

        You have been sued by the person(s) named "plaintiff" in the court stated above.
        The nature if the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.
        You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, (you have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the plaintiff has demanded.
        If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date    7/14/2022
.............................

                              *Lorenzo Arredondo*

                    Clerk, Lake        Circuit Court (Seal)
                                       Superior

Jeffrey S. Wrage (#18262-64) ..............
              Attorneys for Plaintiff
BLACHLY, TABOR, BOZIK & HARTMAN
56 South Washington, Suite 401 ............
Valparaiso, Indiana 46383 .....................

Telephone  (219) 464-1041 ...................

BY:     THE FOLLOWING MANNER OF SERVICE OF
        SUMMONS IS HEREBY DESIGNATED:

        X      SHERIFF OR BAILIFF
        (X)    CERTIFIED MAIL
        X      OTHER AS FOLLOWS _____
               _____

**SEAL** — LAKE COUNTY COURT · INDIANA

                    CERTIFICATE OF MAILING
        I hereby certify that on the _____ day of ............................., 2022, I mailed a copy of this summons and a

copy of the complaint to each of the above named defendant(s) by (registered or certified) mail requesting a receipt

signed by the addressee only addressed to each of the said above named defendant(s), at the address furnished by the

plaintiff.

Date ...............................    ...............................................................................................
                                       Clerk, Lake Superior/Circuit Court (seal)

## RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served the within summons:

1.      By delivering on the ................... day of .................................................. , 2022, a copy of this summons and a copy of the complaint to each of the within-named defendant(s) ..................................................................................

................................................................................................................................................................................................

2.      By leaving on the ..................... day of .................................................. , 2022, for each of the within named defendant(s) .................................................................................................................................................

.............................................................., a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with ....................................................................................., a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication if such information to the person served.

3.      ..........................................................................................................................................................................

................................................................................................................................................................................................

and by mailing a copy of the summons without the complaint to ...........................................................................

................................................................................................................................................................................................

at ................................................, the last known address of defendant(s).

All done in Lake County, Indiana

| | | |
|---|---|---|
| Fees: | $ ..................... | ............................................................................................... |
| | | Sheriff of Lake County, Indiana |
| Mileage: | $ ..................... | |
| | | |
| Total: | $ ..................... | By ...................................................................................... Deputy |

### SERVICE ACKNOWLEDGED

A copy of the within summons and a copy of the complaint attached thereto were received by me at .................................

....................................................................., this ................ day of ......................................, 2022.

...........................................................................
Signature of Defendant

**CIRCUIT- SUPERIOR COURT FOR THE COUNTY OF LAKE**
**STATE OF INDIANA**

LORA L. MOLDEN and .............................

RICHARD J. MOLDEN ............................
              **Plaintiffs**

      vs.

RUSLAN MYKHAYLYUK, and ..............

ALL IN EXPRESS TRUCKIN, INC. ...........

............................................................

............................................................

............................................................
          **Defendants**

**Lake Circuit/Superior Court**
**2293 North Main Street**
**Crown Point, Indiana 46307**
**219/755-3460**

No. ...................................................................

SHERIFF'S RETURN OF SERVICE

DATE: .......................... TIME: ....................

L/W: ...................................................................

L/D: .............................. R/L: ....................

OFFICER: .........................................................

# SUMMONS

The State of Indiana to Defendant      .......... All In Express Trucking, Inc. ...........................................................

.......... 2530 IL Route 176 Unit 3 ...........................................................

.......... Crystal Lake, Illinois 60014 ...........................................................

    You have been sued by the person(s) named "plaintiff" in the court stated above.

    The nature if the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

    You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, (you have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the plaintiff has demanded.

    If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date   7/14/2022 ..............................

                      *Lorenzo Arredondo*
            Clerk, Lake   Circuit Court (Seal)
                      Superior

Jeffrey S. Wrage (#18262-64) ...............
         Attorneys for Plaintiff
BLACHLY, TABOR, BOZIK & HARTMAN
56 South Washington, Suite 401 ...........
Valparaiso, Indiana 46383 ....................

Telephone  (219) 464-1041 ...................

BY:   THE FOLLOWING MANNER OF SERVICE OF
       SUMMONS IS HEREBY DESIGNATED:

  X    SHERIFF OR BAILIFF

  X    CERTIFIED MAIL

  X    OTHER AS FOLLOWS _____

           _____

**SEAL** — LAKE COUNTY COURTS — INDIANA

## CERTIFICATE OF MAILING

    I hereby certify that on the _____ day of ................................., 2022, I mailed a copy of this summons and a copy of the complaint to each of the above named defendant(s) by (registered or certified) mail requesting a receipt signed by the addressee only addressed to each of the said above named defendant(s), at the address furnished by the plaintiff.

Date ..............................

           .........................................................................
            Clerk, Lake Superior/Circuit Court (seal)

## RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served the within summons:

1.      By delivering on the ................... day of .................................................... , 2022, a copy of this summons and a copy of the complaint to each of the within-named defendant(s) ........................................................................................

............................................................................................................................................................................................

2.      By leaving on the ...................... day of .................................................... , 2022, for each of the within named defendant(s) ....................................................................................................................................................

..............................................................., a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with ........................................................................................., a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication if such information to the person served.

3.      ...........................................................................................................................................................

............................................................................................................................................................................................

and by mailing a copy of the summons without the complaint to ........................................................................................

............................................................................................................................................................................................

at ..............................................., the last known address of defendant(s).

All done in Lake County, Indiana

Fees:       $ ......................    ........................................................................................................................
                                      Sheriff of Lake County, Indiana
Mileage:   $ ......................

Total:      $ ......................    By ........................................................................................................... Deputy

### SERVICE ACKNOWLEDGED

A copy of the within summons and a copy of the complaint attached thereto were received by me at ...................................

..............................................................., this ............... day of ......................................, 2022.

........................................................................
Signature of Defendant

**CIRCUIT- SUPERIOR COURT FOR THE COUNTY OF LAKE**
**STATE OF INDIANA**

LORA L. MOLDEN and ........................

RICHARD J. MOLDEN ........................
Plaintiffs

vs.

RUSLAN MYKHAYLYUK, and ..............

ALL IN EXPRESS TRUCKIN, INC. ..........

.................................................................

.................................................................

.................................................................
Defendants

**Lake Circuit/Superior Court**
**2293 North Main Street**
**Crown Point, Indiana 46307**
**219/755-3460**

No. ......45C01-2207-CT-000682........................

SHERIFF'S RETURN OF SERVICE

DATE:........................ TIME: ................

L/W: ...................................................................

L/D: .............................. R/L: ......................

OFFICER: ...........................................................

# ALIAS SUMMONS

The State of Indiana to Defendant            ............All In Express Trucking, Inc.....................................................

............965 Apricot Street.......................................

............Hoffman Estates, IL 60169-4901.......................................................

You have been sued by the person(s) named "plaintiff" in the court stated above.

The nature if the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, (you have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the plaintiff has demanded.

If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

8/29/2022
Date ..............................

Clerk, Lake    Circuit Court (Seal)
Superior

Jeffrey S. Wrage (#18262-64) ................
Attorneys for Plaintiff
BLACHLY, TABOR, BOZIK & HARTMAN
56 South Washington, Suite 401 ............
Valparaiso, Indiana 46383 .....................

Telephone   (219) 464-1041 ...................

SEAL

BY:    THE FOLLOWING MANNER OF SERVICE OF
SUMMONS IS HEREBY DESIGNATED:

X        SHERIFF OR BAILIFF

X        CERTIFIED MAIL

X        OTHER AS FOLLOWS _____
_____

CERTIFICATE OF MAILING

I hereby certify that on the ........ day of ............................., 2022, I mailed a copy of this summons and a

copy of the complaint to each of the above named defendant(s) by (registered or certified) mail requesting a receipt

signed by the addressee only addressed to each of the said above named defendant(s), at the address furnished by the

plaintiff.

Date ..............................    .......................................................................................
Clerk, Lake Superior/Circuit Court (seal)

## RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served the within summons:

1.    By delivering on the ................... day of .................................................... , 2022, a copy of this summons and a copy of the complaint to each of the within-named defendant(s) ..........................................................................

............................................................................................................................................................................................

2.    By leaving on the ...................... day of .................................................... , 2022, for each of the within named defendant(s) ......................................................................................................................................................

................................................................., a copy of the summons and a copy of the complaint at the respective dwelling

house or usual place of abode with ........................................................................................, a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication if such information to the person served.

3.    ............................................................................................................................................................................

............................................................................................................................................................................................

and by mailing a copy of the summons without the complaint to ............................................................................................

............................................................................................................................................................................................

at ..............................................., the last known address of defendant(s).

All done in Lake County, Indiana

Fees:          $ ....................     ...................................................................................................................................

Mileage:      $ ....................     Sheriff of Lake County, Indiana

Total:          $ ....................     By ........................................................................................................., Deputy

## SERVICE ACKNOWLEDGED

A copy of the within summons and a copy of the complaint attached thereto were received by me at ...................................

........................................................................., this ............... day of ......................................, 2022.


.......................................................................
Signature of Defendant

**CIRCUIT- SUPERIOR COURT FOR THE COUNTY OF LAKE**
**STATE OF INDIANA**

LORA L. MOLDEN and .........................

RICHARD J. MOLDEN .........................
           Plaintiffs

    vs.

RUSLAN MYKHAYLYUK, and ...............

ALL IN EXPRESS TRUCKIN, INC. ..........

.................................................................

.................................................................

.................................................................
          Defendants

**Lake Circuit/Superior Court**
**2293 North Main Street**
**Crown Point, Indiana 46307**
**219/755-3460**

No. .....45C01-2207-CT-000682 ......................

SHERIFF'S RETURN OF SERVICE

DATE: ........................... TIME: .................

L/W: ...............................................................

L/D: ................................. R/L: ..................

OFFICER: .......................................................

# SECOND ALIAS SUMMONS

The State of Indiana to Defendant     ............ All In Express & Trucking, Inc. .........................

    ............ Registered Agent:  Bartlomiej Lasik .......................................

    ............ 2530 Route 176 Unit 3, Prairie Grove, IL 60012 ......................

.............

    You have been sued by the person(s) named "plaintiff" in the court stated above.

    The nature if the suit against you is stated in the complaint which is attached to this document. It also states the demand which the plaintiff has made and wants from you.

    You must answer the complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this summons, (you have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the plaintiff has demanded.

    If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

Date ...9/2/2022...............

................................................................................................
Clerk, Lake     Circuit Court (Seal)
          Superior

Jeffrey S. Wrage (#18262-64)
      Attorneys for Plaintiff
BLACHLY, TABOR, BOZIK & HARTMAN
56 South Washington, Suite 401 ............
Valparaiso, Indiana 46383 .....................

Telephone   (219) 464-1041 ..................

BY:   THE FOLLOWING MANNER OF SERVICE OF
      SUMMONS IS HEREBY DESIGNATED:
    X   SHERIFF OR BAILIFF
    X   CERTIFIED MAIL
    X   OTHER AS FOLLOWS _____
                  _____

**LAKE COUNTY COURTS**
**SEAL**
**INDIANA**

## CERTIFICATE OF MAILING

    I hereby certify that on the ........ day of .........................., 2022, I mailed a copy of this summons and a copy of the complaint to each of the above named defendant(s) by (registered or certified) mail requesting a receipt signed by the addressee only addressed to each of the said above named defendant(s), at the address furnished by the plaintiff.

Date ...............................
.........................................................................................

Clerk, Lake Superior/Circuit Court (seal)

### RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served the within summons:

1.     By delivering on the ................. day of ................................................. , 2022, a copy of this summons and a copy of the complaint to each of the within-named defendant(s) ................................................................................

.........................................................................................................................................................................................

2.     By leaving on the ..................... day of ................................................., 2022, for each of the within named defendant(s) ..................................................................................................................................................

............................................................, a copy of the summons and a copy of the complaint at the respective dwelling house or usual place of abode with ................................................................................................., a person of suitable age and discretion residing therein whose usual duties or activities include prompt communication if such information to the person served.

3.     ..............................................................................................................................................................

.........................................................................................................................................................................................

and by mailing a copy of the summons without the complaint to ............................................................................

.........................................................................................................................................................................................

at ................................................., the last known address of defendant(s).

All done in Lake County, Indiana

Fees:        $ ......................     ...............................................................................................................
Mileage:     $ ......................     Sheriff of Lake County, Indiana

Total:        $ ......................     By ...................................................................................... Deputy

### SERVICE ACKNOWLEDGED

A copy of the within summons and a copy of the complaint attached thereto were received by me at ...............................

......................................................................., this ............... day  of ......................................, 2022.

...........................................................................
Signature of Defendant

STATE OF INDIANA          )             IN THE LAKE CIRCUIT COURT
                           )SS:
COUNTY OF LAKE          )             SITTING IN CROWN POINT, INDIANA


LORA L. MOLDEN and            )     CAUSE NO. 45C01-2207-CT-000682
RICHARD J. MOLDEN,           )
               Plaintiffs,       )
                              )
vs.                               )
                              )
RUSLAN MYKHAYLYUK and       )
ALL IN EXPRESS TRUCKING, INC.,     )
               Defendants.    )

## <u>CERTIFICATE OF ISSUANCE OF SUMMONS</u>

I hereby certify that on the 29th day of August, 2022, I mailed a copy of the Alias

Summons and Complaint and Jury Demand to the following:

         All In Express & Trucking, Inc.
         Registered Agent:  Bartlomiej Lasik
         2530 Route 176, Unit 3
         Prairie Grove, IL  60012

by certified mail requesting a receipt signed by the addressee at the above address via certified

mail tracking # 9171 9690 0935 0265 1117 60.

                       BLACHLY, TABOR, BOZIK & HARTMAN, LLC
                       Attorneys for Plaintiff

                       By:      /s/ Sandra J. Lessentine
                            Sandra J. Lessentine, Paralegal
                            56 Washington Street, Suite 401
                            Valparaiso, IN  46383
                            Tel:  219-464-1041
                            Fax: 219-464-0927
                            E-mail:  slessentine@btbhlaw.com

101403.18

STATE OF INDIANA                          IN THE LAKE SUPERIOR COURT

COUNTY OF LAKE                            CAUSE NO.: 45C01-2207-CT-000682

LORA L. MOLDEN, and
RICHARD J. MOLDEN,

      Plaintiffs,

v.

RUSLAN MYKHAYLYUK, and
ALL IN EXPRESS TRUCKING, INC.,

      Defendants.

## **E-FILING APPEARANCE BY ATTORNEY UNDER TRIAL RULE 3.1**

1.      The party on whose behalf this form is being filed is:  Responding

The undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

### **RUSLAN MYKHAYLYUK**
### **ALL IN EXPRESS TRUCKING, INC.**

2.      Attorney information for service as required by Trial Rule 5(B)(2):

James H. Milstone          Atty. No. 10460-02
KOPKA PINKUS DOLIN PC     Telephone: 317-818-1360
550 Congressional Blvd., Suite 310  Facsimile:  317-818-1390
Carmel, IN 46032          Email:  jhmilstone@kopkalaw.com

**IMPORTANT**:  Each attorney specified on this appearance:

(a)     certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)     acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

(c)     understands that he/she is solely responsible for keeping his/her Roll of

Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3.  This is a civil tort case type as defined in administrative Rule 8(B)(3)

4.  I will accept service by:
Fax at the above noted number:  NO
Email at the above noted address:  YES

5.  This case involves child support issues:  NO

6.  This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order:  NO

7.  This case involves a petition for involuntary commitment:  NO

8.  Are there related cases:  NO

9.  Additional information required by local rule:  NONE

10. Are there other party members:  NO

11. This form has been served on all other parties and Certificate of Service is attached:  YES

Respectfully Submitted,

KOPKA PINKUS DOLIN PC

By:  ___/s/ James H. Milstone_____
James H. Milstone (#10460-02)
Attorney for Defendants

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 9th day of September, 2022, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Jeff S. Wrage
Blachly, Tabor, Bozik & Hartman, LLC
56 S. Washington St., Suite 401
Valparaiso, IN  46383

<i>/s/ James H. Milstone</i>

KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
Tel:     (317) 818-1360
Fax:     (317) 818-1390
Email: JHMilstone@kopkalaw.com

101403.55

STATE OF INDIANA                          IN THE LAKE SUPERIOR COURT

COUNTY OF LAKE                            CAUSE NO.: 45C01-2207-CT000682

LORA L. MOLDEN, and
RICHARD J. MOLDEN,

      Plaintiffs,

v.

RUSLAN MYKHAYLYUK, and
ALL IN EXPRESS TRUCKING, INC.,

      Defendants.

<u>**UNOPPOSED MOTION FOR EXTENSION OF TIME**</u>

      Defendants Ruslan Mykhaylyuk and All In Express Trucking, Inc., by counsel, James H. Milstone of Kopka Pinkus Dolin PC, for their Motion for Extension of Time, state:

      1.      Defendants have been served with a copy of the Complaint and Summons. All In Express Trucking, Inc. was served on September 6, 2022.

      2.      Defendants' answer is therefore due for filing with this Court on September 26, 2022.  Such time has not yet expired.

      3.      No prior extensions have been requested.

      4.      Defendants and their undersigned counsel require an additional thirty (30) days to properly investigate the allegations in Plaintiffs' Complaint, so that an adequate response may be formulated, prepared and filed with the Court by counsel.

      5.      Such enlargement of time shall expire on October 26, 2022.

      6.      This Motion is made in good faith and not for the purpose of delay.

      7.      Plaintiffs' counsel has no objection to this motion.

      **WHEREFORE,** Defendants, Ruslan Mykhaylyuk and All In Express Trucking, Inc.,

respectfully request an extension of thirty (30) days, to and including October 26, 2022 to answer

or otherwise respond to Plaintiffs' Complaint, and all other just and proper relief.

Respectfully Submitted,

KOPKA PINKUS DOLIN PC

By: ___/s/ James H. Milstone_____
    James H. Milstone (#10460-02)
    Attorney for Defendants

CERTIFICATE OF SERVICE

    I hereby certify that on the 9th day of September, 2022, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Jeff S. Wrage
Blachly, Tabor, Bozik & Hartman, LLC
56 S. Washington St., Suite 401
Valparaiso, IN  46383

           ___/s/ James H. Milstone_____

KOPKA PINKUS DOLIN PC
550 Congressional Blvd.
Suite 310
Carmel, IN  46032
Tel:    (317) 818-1360
Fax:    (317) 818-1390
Email: JHMilstone@kopkalaw.com

~~101403.66~~                      LAKE CIRCUIT

STATE OF INDIANA                       IN THE L~~AKE SUPERIOR~~ COURT

COUNTY OF LAKE                       CAUSE NO.: 45C01-2207-CT-000682

LORA L. MOLDEN, and
RICHARD J. MOLDEN,

       Plaintiffs,

v.

RUSLAN MYKHAYLYUK, and
ALL IN EXPRESS TRUCKING, INC.,

       Defendants.

### ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

Defendants Ruslan Mykhaylyuk and All In Express Trucking, Inc., by counsel, file with the Court their Unopposed Motion for Extension of time to Respond to Plaintiffs' Complaint.

The Court being duly advised now GRANTS said motion and ORDERS that Defendants shall have to and including October 26, 2022 to file an answer to Plaintiffs' Complaint.

SO ORDERED. **September 14, 2022**

_____
JUDGE
Lake Circuit Court

Distribution to parties via IEFS

STATE OF INDIANA                    IN THE LAKE CIRCUIT COURT

COUNTY OF LAKE                      CAUSE NO.: 45C01-2207-CT-000682

LORA L. MOLDEN, and
RICHARD J. MOLDEN,

      Plaintiffs,

v.

RUSLAN MYKHAYLYUK, and
ALL IN EXPRESS TRUCKING, INC.,

      Defendants.

### E-FILING APPEARANCE BY ATTORNEY UNDER TRIAL RULE 3.1

1.      The party on whose behalf this form is being filed is:  Responding

The undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

**RUSLAN MYKHAYLYUK**
**ALL IN EXPRESS TRUCKING, INC.**

2.      Attorney information for service as required by Trial Rule 5(B)(2):

Deborah A. Kapitan        Atty. No. 16078-45
KOPKA PINKUS DOLIN PC    Telephone: 219-794-1888
9801 Connecticut Dr.       Email:  dakapitan@kopkalaw.com
Crown Point, IN 46307

**IMPORTANT**:  Each attorney specified on this appearance:

(a)      certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)      acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney; and

(c)      understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R.

2(A).

3.      This is a civil tort case type as defined in administrative Rule 8(B)(3)

4.      I will accept service by:
        Fax at the above noted number:  NO
        Email at the above noted address:  YES

5.      This case involves child support issues:  NO

6.      This case involves a protection from abuse order, a workplace violence restraining
        order, or a no-contact order:  NO

7.      This case involves a petition for involuntary commitment:  NO

8.      Are there related cases:  NO

9.      Additional information required by local rule:  NONE

10.     Are there other party members:  NO

11.     This form has been served on all other parties and Certificate of Service is
        attached:  YES


        Respectfully Submitted,

        KOPKA PINKUS DOLIN PC


        By:   */s/ Deborah A. Kapitan*
              Deborah A. Kapitan (#16078-45)
              Attorney for Defendants

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 21st day of September, 2022, I electronically filed the foregoing document using the Indiana E-Filing System (IEFS). I further certify that the following persons were served on the same date using the IEFS:

Jeff S. Wrage
Blachly, Tabor, Bozik & Hartman, LLC
56 S. Washington St., Suite 401
Valparaiso, IN  46383

*/s/ Deborah A. Kapitan*

KOPKA PINKUS DOLIN PC
9801 Connecticut Dr.
Crown Point, IN 46307
Tel:     (219) 794.1888
Email: DAKapitan@kopkalaw.com